IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KNIGHT SPECIALTY INSURANCE COMPANY,

   Plaintiff,

v.                                                  Case No.: 3:20-cv-1139HES-PDB

JACKSONVILLE TRANSPORTATION, INC.;
CHRISTOPHER HAMPTON; KIMBERLY
WEAVER, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF RONNIE BROWN; AND,
THE ESTATE OF MARTIN ALLEN CAIN,

   Defendants.
_____/

## PLAINTIFF'S STATUS REPORT IN COMPLIANCE WITH THIS COURT'S AUGUST 17, 2021 ORDER [D.E. 39]

Pursuant to this Court's August 17, 2021 Order [D.E. 39], which requires that Plaintiff provide periodic updates on the status of the related state court proceedings, Plaintiff hereby offers the following status update:

The undersigned has conducted a review of the relevant court docket, and has additionally conferred with counsel, Fred White, Esq. who represents Jacksonville Transportation, Inc. in the state court proceedings.

Per the undersigned counsel's review of the docket and Mr. White, the underlying state court case is still in the discovery phase. Mediation is set to occur on February 23, 2022, at 10:00 a.m. A pretrial conference in this cause will be held

before Judge Gary L. Sanders, on Thursday, August 18, 2022 at 2:00 p.m., with trial set to occur October 3, 2022 through October 7, 2022.

Dated: November 16, 2021.

>Respectfully submitted,
>
>By:_____
>JOSEPH A. CAFARO, ESQ.
>Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 16th day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/EMF and on all counsel of records on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive Notices of Electronic Filing.

>HIGHTOWER, STRATTON, NOVIGROD & KANTOR
>330 Clematis Street, Suite 201
>West Palm Beach, Florida 33401
>Telephone: (561) 833-2022
>Facsimile:  (561) 833-2140
>
>By:_____
>JOSEPH A. CAFARO, ESQ.
>Florida Bar No.: 90942
>*Attorney for Plaintiff Knight Specialty Insurance Company*

## SERVICE LIST

**Newsome Melton**
P. Alexander Gillen, Esq.
William Carl Ourand, Esq.
201 South Orange Ave.
Suite 1500
Orlando, FL. 32801
(407) 648-5977
gillen@newsomelaw.com
ourand@newsomelaw.com
*Counsel for Defendant, Kimberly Weaver*

**Smith, Gambrell & Russell, LLP**
James Harvey Cummings, Esq.
Joseph C. Crawford, Esq.
50 North Laura Street
Suite 2600
Jacksonville, Florida 32202
(904) 598-6110
jcummings@sgrlaw.com
jcrawford@sgrlaw.com
*Counsel for Defendant, Jacksonville Transportation, Inc.*

**Hightower, Stratton, Novigrod & Kantor**
Joseph A. Cafaro, Esq.
330 Clematis Street, Suite 201
West Palm Beach, FL 33401
(561)-833-2022
jcafaro@hightowerlaw.net
arosales@hightowerlaw.net
*Counsel for Plaintiff Knight Specialty Insurance Company*